IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ZACK BAWN,

       Plaintiff

VS.

       CIVIL No: 5:13-CV-0092-MTT-MSH

GEORGIA DEPARTMENT OF
CORRECTIONS, *et. al.*,

       Defendants

## ORDER

Plaintiff Zack Bawn, a state prisoner confined at the Bleckley Probation Detention Center, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. In an Order dated May 6, 2013 (Doc. 7), the United States Magistrate Judge granted Plaintiff's Motion to proceed *in forma pauperis*. In this same Order, however, Plaintiff was also directed to pay an initial partial filing fee of $20.66. Plaintiff was given twenty-one days to comply. When this deadline passed without a response, the Magistrate Judge ordered Plaintiff to respond and show cause why his lawsuit should not be dismissed for failure to pay the required filing fee. *See* Order, June 19, 2013 (Doc. 8). Plaintiff was again given twenty-one days to respond and was warned that failure to respond would result in the immediate dismissal of this action.

The time for responding to the Magistrate Judge's Order to Show Cause has now passed. Plaintiff has still not paid his filing fee and has not otherwise responded to the Court's Order. For this reason and because of Plaintiff's repeated failure to comply with the Court's instructions, Plaintiff's Complaint is **DISMISSED** without prejudice.

**SO ORDERED**, this 13th day of August, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jlr